DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

SHANKLE v. SHANKLE

No. 164 PC.

Case below: 23 N.C. App. 692.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 4 February 1975.

STATE v. ADCOCK

No. 180 PC.

Case below: 24 N.C. App. 102.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 February 1975.

STATE v. BAGNARD

No. 179 PC.

Case below: 24 N.C. App. 54.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 February 1975.

STATE v. BARFIELD

No. 170 PC.

Case below: 23 N.C. App. 619.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 February 1975.

STATE v. BEST

No. 5.

Case below: 23 N.C. App. 507.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 February 1975.